■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONIQUE PASCHEDAG, Appellant. [633 NYS2d 1023] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Green, J. P., Lawton, Callahan, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS PETERKIN, Appellant. [632 NYS2d 1015] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.—Grand Larceny, 3rd Degree.) Present—Green, J. P., Lawton, Callahan, Balio and Boehm, JJ.